**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>MOTOR TANKER SKIPPER BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO LADEN THEREON,<br><br>       Defendant *in rem*, | Case No. 1:26-CV-00697<br><br><br>**VERIFIED CLAIM AND STATEMENT OF INTEREST OF THE HOGLAN JUDGMENT CREDITORS** |

By and through their undersigned counsel, Claimant Candyce Hoglan, as personal representative of the Estate of Alice Hoglan, and the additional individuals and estates identified on Exhibit A ("Claimants"), hereby submit this Verified Claim pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and assert their interest in the Motor Tanker SKIPPER bearing International Maritime Number ("IMO") 9304667, together with the oil cargo laden on the SKIPPER at the time it was seized by the U.S. Government in December 2025 ("Defendant Property") as defined in the United States' Verified Complaint for Forfeiture filed in this action on February 26, 2026 (the "Complaint"). The Claimants allege as follows:

1.     Claimants are Candyce Hoglan, as personal representative of the Estate of Alice Hoglan and the additional individuals and estates identified on Attachment A.

2.     Claimants assert an ownership interest in the Defendant Property in the form of a warrant of arrest, creating a secured lien.

3.     Claimants are family members and estates of those killed in the September 11, 2001 terrorist attacks. The Judgment in favor of Claimants was entered by the United States

1

District Court for the Southern District of New York on February 26, 2018 in *Hoglan v. Islamic Republic of Iran*, Nos. 1:11-cv-07550 & 03-md-1570 (S.D.N.Y.). The Judgment was entered against (1) the Islamic Republic of Iran, (2) Ayatollah Ali Hoseini Khamenei, (3) Ali Akbar Rafsanjani, (4) Iran's Ministry of Information and Security, (5) Islamic Revolutionary Guard Corps, Iran's Ministry of Petroleum, (6) Iran's Ministry of Economic Affairs and Finance, (7) Iran's Ministry of Commerce, (8) Iran's Ministry of Defense and Armed Forces Logistics, (8) Central Bank of Iran, *a.k.a.* Bank Markazi, (9) National Iranian Petrochemical Company, (10) National Iranian Oil Company, (11) National Iranian Tanker Company, (12) National Iranian Gas Company, (13) Iran Air, and (14) Hezbollah (collectively, "Judgment Debtors") for the roles they played in the September 11 attacks.

4. The total outstanding amount of compensatory damages still owing to Claimants is $1,608,919,332.37, plus interest.

5. Claimants have worked diligently to enforce their Judgment against assets belonging to Iran, the IRGC, and the other Judgment Debtors, including any of their agencies and instrumentalities. As part of judgment enforcement efforts, Claimants are pursuing shadow fleet oil tankers that are controlled or used by Iran and/or the IRGC and that transport sanctioned Iranian oil in the global markets.

6. In April 2024, Claimants filed an in rem enforcement proceeding in the United States District Court for the Southern District of Florida pursuant to Section 201(a) of the Terrorism Risk Insurance Act of 2002 ("TRIA") against six shadow fleet oil tankers operated by a group of individuals and companies which had been sanction by the United States Department of Treasury's Office of Foreign Assets Control on November 3, 2022. *Hoglan v. M/V Bluefins, et al.*, Case No. 1:24-cv-21628-JB (S.D.F.L.).

7.     The M/T Skipper is one of the six shadow fleet tankers that are defendants in *Hoglan v. Bluefins*.  The M/T Skipper was sued under the name M/V Adisa (IMO 9304667), which was its name when Claimants filed their enforcement proceeding.  Although the M/V Adisa changed its name to Skipper in or around November 2024, the International Maritime Organization Number ("IMO") is the same.[1]  Therefore, the M/T Skipper is the same vessel sanctioned by OFAC on November 3, 2022 and the same vessel sued by Claimants on April 29, 2024.

8.     On September 12, 2025, the SDFL Court issued Arrest Warrants for each of the six shadow fleet tankers, including the Defendant Property.  A copy of the Arrest Warrant for the Defendant Property is attached as Exhibit B.

9.     On the foregoing basis, Claimants assert their interest in the Defendant Property, and oppose forfeiture thereof.

Dated:  March 16, 2026

MITCHELL ALLYN, LTD.

  /s/ Douglass A. Mitchell
Douglass A. Mitchell
DDC Bar No. WI0029
Mitchell Allyn, Ltd.
1000 N. Green Valley Pkwy
Suite 440-575
Henderson, Nevada 89074
Phone: 702-350-1208
*Attorneys for Claimants*

---

[1] The IMO is an agency of the United Nations that is responsible for monitoring and regulating maritime vessels and international shipping practices and policies. It currently has 175 member States and three associate members.  The IMO created and operates a Ship Identification Number Scheme. The numbering scheme is recognized and used by the governments of most Nations and is considered the best system in the world for uniquely identifying maritime vessels.  The IMO scheme assigns unique numbers to each maritime vessel and the IMO number remains with the vessel throughout its lifetime, including when the vessel's name is changed.  As alleged herein, M/V Skipper and M/V Adisa have the same IMO number.

**VERIFICATION**

I,  Debra Zeplin _____, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.

Debra Zeplin
Debra Zeplin (Mar 16, 2026 15:25:59 EDT)

**VERIFICATION**

I, Ricky Melendez _____, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.

_____
Ricky Melendez (Mar 16, 2026 12:38:45 PDT)

**VERIFICATION**

I, <u>Malachai Davis</u>, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.



Malachai Davis (Mar 16, 2026 14:28:47 EDT)

**VERIFICATION**

I, joel perry _____, declare:

I verify under the penalty of perjury under the laws of the United States of America that

the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true

and correct.

Executed this 16th day of March, 2026.



joel perry (Mar 16, 2026 14:42:11 EDT)

**VERIFICATION**

I, <u>Lea Bitterman</u>, declare:

I verify under the penalty of perjury under the laws of the United States of America that

the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true

and correct.

Executed this 16th day of March, 2026.

Lea Bitterman (Mar 16, 2026 12:44:05 MDT)

**VERIFICATION**

I, Karen Lunder _____, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.



Karen Lunder (Mar 16, 2026 14:43:20 EDT)

**VERIFICATION**

I, Melodie Homer _____, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.

_Melodie Homer_
Melodie Homer (Mar 16, 2026 14:20:42 EDT)

**VERIFICATION**

I, **Ethan Zeplin** _____, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.

*Ethan Zeplin*
_____

**VERIFICATION**

I, Ryan Zeplin , declare:

I verify under the penalty of perjury under the laws of the United States of America that

the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true

and correct.

Executed this 16th day of March, 2026.

*Ryan Zeplin*

**VERIFICATION**

I, <u>AARON STRAUB</u>, declare:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Hoglan Judgment Creditors is true and correct.

Executed this 16th day of March, 2026.

<u>AARON STRAUB (Mar 16, 2026 14:40:44 EDT)</u>