**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:26-CV-00697 |
| Plaintiff, | |
| v. | |
| MOTOR TANKER SKIPPER BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO LADEN THEREON, | |
| Defendant *in rem*, | |

**HOGLAN CLAIMANTS' NOTICE OF INTENT TO REPLY**

Claimant Candyce Hoglan, as personal representative of the Estate of Alice Hoglan, and the additional individuals and estates identified on Exhibit A to their Verified Claim ("*Hoglan Claimants*," *see* ECF No. 7-1) notify the Court that they intend to reply to the Government's Opposition to Hoglan Claimants' Emergency Motion to Stay on Monday, March 30, 2026.

Dated:  March 27, 2026

Respectfully submitted,

MITCHELL ALLYN, LTD.

 /s/ Douglass A. Mitchell
Douglass A. Mitchell
DDC Bar No. WI0029
Mitchell Allyn, Ltd.
1000 N. Green Valley Pkwy
Suite 440-575
Henderson, Nevada 89074
Phone: 702-350-1208

*Attorney for Hoglan Claimants*

1