UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOTOR TANKER SKIPPER BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO PREVIOUSLY LADEN THEREON,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civ. A. No. 26-697 (CJN) |

## <u>GOVERNMENT'S NOTICE REGARDING  HOGLAN CLAIMANTS' MOTION TO STAY</u>

On March 23 the Hoglan Claimants filed an emergency motion to stay this case, claiming an interest in the SKIPPER through their prior action in the Southern District of Florida. (Dkt. 9). On March 26, the Government filed an Opposition, raising multiple jurisdictional reasons why it believed the Hoglans' claimed interest in the SKIPPER was invalid. (Dkt. 13). On March 30, the Hoglans filed a Reply, attempting to rebut the Government's jurisdictional arguments.

Because the Government was the party to raise jurisdictional challenges to the Hoglans' alleged interest (in the Government's Opp.) and the Hoglans responded to these arguments (in their Reply), the Government would normally move for leave to file a Sur-Reply, which would effectively serve as a Reply on the jurisdictional issues. However, the Government has *also* challenged the jurisdictional basis for the Hoglans' "interest" through a motion to strike filed on March 26. (Dkt. 15). The Hoglans' Opposition to that motion is due April 3, and the Government's Reply is due one week later—though the Government may file it sooner than that.

Because the jurisdictional arguments in the Motion-to-Stay briefing heavily overlap with the jurisdictional arguments in the Motion-to-Strike briefing, the Government believes that its forthcoming Motion-to-Strike Reply will adequately serve as a Reply on the jurisdictional issues, thus obviating the need for a Motion-to-Stay Sur-Reply. However, given that the Government has not yet had an opportunity to respond to the Hoglans on the jurisdictional issues, the Government respectfully requests that the Court not rule on the Hoglans' Motion to Stay until briefing is complete on the Government's Motion to Strike. That way, the Court would not rule on the Motion to Stay until both sides have been fully heard on the jurisdictional issues.

Dated: March 31, 2026
        Washington, D.C.

             Respectfully Submitted,

             Jeanine Ferris Pirro
             United States Attorney

             By: _____*/s/ Rajbir Datta*_____
                   Rajbir Datta
                   N.Y Bar 5206073
                   Assistant United States Attorney
                   National Security Section
                   U.S. Attorney's Office
                   District of Columbia
                   601 D Street, N.W.
                   Washington, D.C. 20579
                   (202) 252-7687
                   Rajbir.Datta@usdoj.gov

             John Eisenberg
             Assistant Attorney General
             National Security Division

             By: ___*/s/ Sean Heiden*_____
                   Sean Heiden
                   D.C. Bar 1617636
                   Acting Deputy Chief

Counterintelligence and Export Control
National Security Division
U.S. Department of Justice
Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief
Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By:    __/s/ *Joshua L. Sohn*_____
        Joshua L. Sohn
        Trial Attorney
        Joshua.Sohn@usdoj.gov

3