**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-v-<br><br>MOTOR TANKER *SKIPPER* BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO PREVIOUSLY LADEN THEREON,<br><br>Defendant. | Civ. A. No. 26-697 (CJN) |

**CLAIMANT WINDWARD SHIPMANAGEMENT CORP.'S MOTION TO DISMISS AND MOTION TO SUPPRESS EVIDENCE OF THE CARGO**

Claimant Windward Shipmanagement Corp. ("Windward"), by and through the undersigned counsel, respectfully moves, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), and 12(b)(6) and Rule G(8)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, to dismiss the Complaint for Forfeiture *In Rem* because the Complaint fails to adequately plead a lawful basis for exercising *in rem* jurisdiction, venue in this District is improper, and the Complaint fails to state a claim upon which relief can be granted. Windward also moves pursuant to Rule G(8)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions to suppress evidence obtained by the Government through, or derived from, its warrantless seizure of cargo.

A memorandum of points and authorities in support and a proposed order are attached.

2

Dated:  April 15, 2026

Respectfully Submitted,

By: */s/ Michael J. Baratz*

Michael J. Baratz, D.C. Bar No. 480607
**Steptoe LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone: (202) 429-3000
Fax: (202) 429-3902
mbaratz@steptoe.com

Andrew C. Adams, N.Y. Bar No. 4727293
**Steptoe LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
acadams@steptoe.com
Admitted *pro hac vice*

*Attorneys for Claimant Windward*
*Shipmanagement Corp.*

## <u>LOCAL CIVIL RULE 7(m) STATEMENT</u>

Pursuant to Local Civil Rule 7(m), I certify that a good-faith effort was made to discuss the applicable, non-dispositive relief sought with the Government and with attorneys representing Claimant Candyce Sue Hoglan, in order to determine whether there is any opposition to the relief sought and to narrow any areas of disagreement. Specifically, the parties held a meet and confer on April 15, 2026. It is the undersigned counsel's understanding that the parties take the following positions with respect to the non-dispositive parts of the attached motion:

- The Government opposes the non-dispositive parts of the motion filed herewith by Claimant Windward.

- Claimant Candyce Sue Hoglan takes no position on the non-dispositive parts of the motion.

By:  <u>/s/ Andrew C. Adams</u>
      Andrew C. Adams

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, the foregoing motion, together with its memorandum in support and all accompanying exhibits, was filed electronically with the Clerk of Court using the CM/ECF system and served via that system on the following counsel of record:

Rajbir Datta
**UNITED STATES ATTORNEY'S OFFICE**
District of Columbia
601 D Street NW
Washington, DC 20001
Phone: 202-394-4286
Email: rajbir.datta@usdoj.gov

Rick E. Blaylock , Jr.
**UNITED STATES ATTORNEY'S OFFICE**
601 D Street, NW
Washington, DC 20004
Phone: 202-252-6765
Email: rick.blaylock.jr@usdoj.gov

Joshua Lee Sohn
**U.S. DEPARTMENT OF JUSTICE**
Money Laundering and Asset Recovery Section
1400 New York Avenue, NW
Washington, DC 20530
Phone: (202) 353-2223
Email: joshua.sohn@usdoj.gov

*Attorneys for Plaintiff United States of America*

Douglass A. Mitchell
**MITCHELL ALLYN, LTD.**
1000 N. Green Valley Parkway
Ste 440-575
Henderson, NV 89074
Phone: 702-350-1208
Email: dmitchell@mitchellallyn.com

*Attorney for Claimant Candyce Sue Hoglan*

By:  /s/ Michael J. Baratz
Michael J. Baratz

4