**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    -v-<br><br>MOTOR TANKER *SKIPPER* BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO PREVIOUSLY LADEN THEREON,<br><br>      Defendant. | Civ. A. No. 26-697 (CJN) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Claimant Windward Shipmanagement Corp. ("Windward")'s Motion to Dismiss and Motion to Suppress Evidence of the Cargo, the Court hereby:

1. **GRANTS** Windward's Motion to Dismiss; and

2. **GRANTS** Windward's Motion to Suppress Evidence of the Cargo.

**IT IS SO ORDERED.**

Date:

_____
The Honorable Carl J. Nichols
United States District Judge