UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 26-697 (CJN) |
| MOTOR TANKER SKIPPER BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO PREVIOUSLY LADEN THEREON, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

**GOVERNMENT'S NOTICE OF THE ISSUANCE OF SPECIAL INTERROGATORIES TO CLAIMANT WINDWARD SHIPMANAGEMENT CORP. PURSUANT TO SUPPLEMENTAL RULE G(6)**

The United States hereby provides notice to this Court that on April 29, 2026 the United States served on counsel for Claimant Windward Shipmanagement Corp. ("Windward"), special interrogatories under Supplemental Rule G(6). As a result, the government's time to respond to Winward's Motion to Dismiss, D.E. 27, is tolled. Suppl. R. G(6)(c).

Under Supplemental Rule G(6), the government may serve special interrogatories at any time after a claim is filed; however, "if the claimant serves a motion to dismiss the action, the government must serve the interrogatories within 21 days after the motion is served." The Claimant is required to respond to the special interrogatories within 21 days of service. Suppl. R. G(6)(b). Further, if a claimant files a motion to dismiss the action, "[the] government need not respond to a claimant's motion to dismiss the action under Rule G(8)(b) until 21 days after the claimant has answered these [special] interrogatories." Suppl. R. G(6)(c).

Winward filed its Motion to Dismiss on April 15, 2026 and the United States served special interrogatories to Windward counsel on April 29, 2026. The United States will respond to Winward's Motion to Dismiss upon timely receipt of a response to the special interrogatories.

Dated: April 29, 2026
Washington, D.C.

Respectfully Submitted,

Jeanine Ferris Pirro
United States Attorney

By: _____*/s/ Rajbir Datta*_____
        Rajbir Datta
        N.Y Bar 5206073
        Assistant United States Attorney
        National Security Section
        U.S. Attorney's Office, District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 252-7687
        Rajbir.Datta@usdoj.gov

John Eisenberg
Assistant Attorney General
National Security Division

By:     __*/s/ Sean Heiden*_____
        Sean Heiden
        D.C. Bar 1617636
        Acting Deputy Chief
        Counterintelligence and Export Control
        National Security Division
        U.S. Department of Justice
        Sean.heiden2@usdoj.gov

Margaret A. Moeser
Chief; Money Laundering, Narcotics and Forfeiture
Section, Criminal Division
U.S. Department of Justice

By:     __/s/ *Joshua L. Sohn*_____
        Joshua L. Sohn
        Trial Attorney

2