**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>c/o U.S. Attorney's Office<br>601 D Street, NW<br>Washington, DC 20530<br><br>        Plaintiff,<br><br>   v.<br><br>MOTOR TANKER SKIPPER BEARING<br>INTERNATIONAL MARITIME NUMBER<br>9304667, AND THE OIL CARGO LADEN<br>THEREON,<br><br>        Defendant *in rem*. | Civil Action No. 1:26-CV-00697<br><br>**VERIFIED CLAIM AND<br>STATEMENT OF INTEREST<br>OF IRANIAN TERRORISM<br>VICTIMS** |

**NOTICE OF VERIFIED CLAIM AND STATEMENT OF INTEREST OR RIGHT IN<br>PROPERTY SUBJECT TO FORFEITURE *IN REM***

Claimants are victims of devastating acts of state-sponsored terrorism perpetrated by the

Islamic Republic of Iran (the "Iranian Terrorism Victims").[1] Having endured indescribable loss of

life and grievous injury at Iran's hands, the Iranian Terrorism Victims collectively hold judgments

against Iran totaling $1,255,223,543 in compensatory damages, awarded under 28 U.S.C. § 1605A

and its predecessor statute, 28 U.S.C. § 1605(a)(7).

By and through their undersigned counsel, the Iranian Terrorism Victims hereby submit

their Verified Claims pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Rule G"). The Iranian

Terrorism Victims assert their interests in the Motor Tanker SKIPPER bearing International

Maritime Number ("IMO") 9304667, together with the oil cargo laden on the SKIPPER at the time

it was seized by the U.S. Government in December 2025, including any substitute *res* following

---

[1] A full list of Claimants and the compensatory damages they have been awarded is included as
Attachment A to the Verification of the Iranian Terrorism Victims' Claims.

1

an interlocutory sale (collectively, the "Defendant Property"), as defined in the United States'

Verified Complaint for Forfeiture filed in this action on February 26, 2026 (the "Complaint").

In support of their Verified Claims, the Iranian Terrorism Victims state as follows:

## I.    The Iranian Terrorism Victims Have Been Awarded Millions in Damages Against Iran.

1.    The Iranian Terrorism Victims are 324 individuals who are direct victims, or the surviving family members of victims, of Iranian-sponsored terrorism, or the estates thereof.

2.    Each of the Iranian Terrorism Victims holds an enforceable judgment against Iran that was entered because of Iran's sponsoring acts of terrorism in which the Iranian Terrorism Victims were murdered or injured.

### A. 1983 and 1984 U.S. Embassy and Embassy Annex Bombings in Beirut, Lebanon

3.    In 1983 and 1984, Iran-sponsored terrorists targeted American servicemembers and embassy employees stationed in Beirut, Lebanon in two terrorist attacks on the U.S. Embassy and U.S. Embassy Annex, respectively (the "Beirut Embassy Attacks").[2] Iran provided material support and resources to the terrorists to carry out those attacks.[3]

4.    On May 9, 2013, the D.C. district court awarded a default judgment against Iran in favor of the plaintiffs in *Doe v. Islamic Republic of Iran*, 1:08-cv00540 (D.D.C.), and awarded the Iranian Terrorism Victims in that case $1,126,539,000 in compensatory damages and $299,999,998.08 in punitive damages, for a total judgment amount of $1,426,538,998.08.[4]

---

[2] *See e.g., Doe v. Islamic Republic of Iran*, 808 F.Supp.2d 1, 7-9 (D.D.C. 2011).

[3] *Id.* at 16 ("[T]his Court concludes that [Islamic Republic of Iran and its Ministry of Information and Security] provided 'material support and resources' to Hizbollah in carrying out both the April 18, 1983 and the September 20, 1984 attacks on the U.S. Embassy and Embassy Annex in Beirut, Lebanon.").

[4] Order at 19, *Doe v. Islamic Republic of Iran*, 1:08-cv-00540 (D.D.C. May 9, 2013), Dkt. 107.

### B. 1984 Beirut, Lebanon Kidnappings

5.      On or about November 30, 1984, Iran-sponsored terrorists abducted Peter Kilburn, a librarian at the American University of Beirut, from his Beirut apartment.[5] During Mr. Kilburn's captivity, his captors sold him to another terrorist cell between April 14 and 17, 1986.[6] On April 17, 1986, sixteen months after his abduction, the terrorists executed Peter Kilburn and left his body on the side of the road outside Beirut.[7]

6.      On June 12, 2001, Peter Kilburn's family and his estate brought suit against Iran for Iran's role in his abduction and murder. The D.C. district court entered a default judgment against Iran and in favor of the Kilburns and on March 30, 2010, awarded them, collectively, $11,030,000 in compensatory damages.[8]

### C. 1998 East Africa Embassy Bombings

7.      On August 7, 1998, Iran-sponsored terrorists simultaneously bombed the U.S. embassies in Dar es Salaam, Tanzania and Nairobi, Kenya; killing hundreds and injuring thousands (the "East Africa Embassy Bombings").[9] Iran deliberately provided material support to the terrorists' planning, recruitment, and training activities and equipped them to carry out the East Africa Embassy Bombings.[10]

8.      Several suits against both Iran and the Republic of Sudan (which also provided support to the terrorists) on behalf of the victims and their estates (including the Iranian Terrorism Victims) followed.

---

[5] *Kilburn v. Islamic Republic of Iran*, 699 F. Supp. 2d 136, 139 (D.D.C. 2010).
[6] *Id.* at 144.
[7] *Id.*
[8] *Id.* at 157-158.
[9] *Owens v. Republic of Sudan*, 826 F. Supp. 2d 128, 132 (D.D.C. 2011).
[10] *Id.* at 135-139.

9.      On May 9, 2012, the Iranian Terrorism Victims (there, the "Aliganga Plaintiffs") intervened in the case styled *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C.) and brought claims against Iran, along with other defendants, for Iran's role in supporting the East Africa Embassy Bombings.[11]

10.     Having previously issued a default judgment against Iran, on October 24, 2014, the district court entered an order that awarded the Iranian Terrorism Victims, collectively, $283,809,867 in compensatory damages.[12]

## II.      The Iranian Terrorism Victims Are Entitled To Enforce Their Judgments.

11.     The Iranian Terrorism Victims are all judgment-holders—either directly or as the estate, heir, or other beneficiary or successor-in-interest of the original judgment holder—in the above actions.

12.     In total, the Iranian Terrorism Victims have been awarded $1,255,223,543 in compensatory damages against Iran. These judgments were entered to provide justice and compensation to the direct victims and family members of victims of Iran's sponsorship of, and direct responsibility for, devastating acts of terrorism. To date, Iran has refused to appear in any of the lawsuits against it and has not satisfied any portion of these judgments, which continue to accrue post-judgment interest pursuant to 28 U.S.C. § 1961.

13.     The Iranian Terrorism Victims and the damages they have each been awarded are listed in Exhibit 1 to the Verification of their Claims.

## III.     The Defendant Property's Connection to Iranian-sponsored Terrorism

---

[11] *See* Complaint in Intervention, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. May 9, 2012). Dkt. 226.

[12] Amended Order, *Owens et al v. Republic of Sudan, et al*, No. 1:01-cv-02244 (D.D.C. October 24, 2014). Dkt. 349.

14.     Iran has a long and well-documented history of using shadow fleets and ghost ships to evade the comprehensive sanctions regime the United States has imposed on the export of Iran's petroleum products. Critically, Iran channels the revenue from the illicit sale of its petroleum products directly into the furtherance of its terrorist activities—including those targeting the United States and its nationals around the globe. The Defendant Property is a central component of that illicit enterprise.

15.     The Islamic Revolutionary Guard Corps ("IRGC") and the IRGC Quds Force ("IRGC-QF") use a network of shipping companies and front companies to hide their involvement in the sale and shipment of Iranian oil. Specifically, the Department of the Treasury's Office of Foreign Assets Control ("OFAC") has found that the IRGC-QF uses a "complex network of intermediaries … to obfuscate its involvement in selling Iranian oil." Complaint ¶13.

16.     As alleged by the Government, the IRGC and IRGC-QF "generates substantial revenues from the sale of petroleum products" and "uses the proceeds from the distribution of petroleum to fund its terror activities." Complaint ¶¶14, 15.

17.     The Secretary of the Treasury has previously found that holding groups and companies in the petrochemical sector and elsewhere "provide financial lifelines to the IRGC." Complaint ¶13.

18.     OFAC has designated numerous Iranian agencies and instrumentalities that are involved in perpetrating state-sponsored terrorism or in the smuggling and sale of illicit petroleum products as a source of funding for those acts of terrorism.

19.     In October 2007, OFAC designated the IRGC-QF under Executive Order 13224. Complaint ¶16.

20.    It also designated the IRGC pursuant to Executive Order 13224 for providing material support, including training, personnel, and military equipment, to the IRGC-QF. Complaint ¶16.

21.    In October 2020, OFAC "designated the Iranian Ministry of Petroleum under Executive Order 13224 for providing financial support to the Islamic Revolutionary Guard Corps – Quds Force ("IRGC-QF")." Complaint ¶10. "OFAC found that '[t]he Iranian Ministry of Petroleum has been used by individuals at the highest levels of the Iranian regime to facilitate the IRGC-QF's revenue generation scheme.'" Complaint ¶10.

22.    In October 2020, OFAC also designated the National Iranian Oil Company pursuant to Executive Order 13224 "for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services in support of, the IRGC-QF." Complaint ¶21. "According to OFAC, the distribution of NIOC oil 'helps to finance Iran's Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) and its terrorist proxies.'" Complaint ¶20.

23.    In November 2022, OFAC sanctioned Triton Navigation Corporation "for its role in 'international oil smuggling network that facilitated oil trades and generated revenue for Hizballah and the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF)' and for its connection with Victor Artemov." Complaint ¶26. OFAC also identified, as blocked property, the vessel currently known as the "Skipper," in which Triton Navigation had an interest. *Id.*

24.    The Defendant Property is a crude-oil tanker built in 2005 flying a false Guyanese flag. Complaint ¶28. As the Government alleges, the Defendant Property is a "ghost tanker for Iran" used in furtherance of Iran's and its instrumentalities' efforts to evade U.S. sanctions. Complaint ¶50. Even when transporting non-Iranian freight, the Defendant Property serves this illicit objective: these loads "help conceal the SKIPPER's primary role as an Iranian ghost fleet

tanker, by providing a patina of non-Iranian activities" and thereby "further[] the affairs of the SKIPPER as a ghost fleet tanker for Iran." *Id.*

25.    The Defendant Property is alleged to be currently owned by Windward Shipmanagement Corporation, a Seychelles-registered company that "shares a Seychelles address with at least a dozen other companies that have been sanctioned by OFAC under the Iran, Russia, and Global Terrorism sanctions programs." Complaint ¶27. According to OFAC, Triton Navigation Corporation previously owned the Defendant Property and had an interest in it. *See* https://home.treasury.gov/news/press-releases/jy1076.

26.    For its role in the vast, complex, and interwoven global network of front companies that are used to facilitate oil shipments on behalf of the Iranian oil smuggling network, OFAC sanctioned the Defendant Property on November 3, 2022. Complaint ¶30. OFAC imposed these blocking sanctions on the Defendant Property, pursuant to Executive Order 13224, as amended by Executive Order 13886, authorities under IEEPA.[13]

## IV.    Under TRIA, The Iranian Terrorism Victims Have An Interest in the Defendant Property.

27.    The Terrorism Risk Insurance Act ("TRIA") provides that "[n]otwithstanding any other provision of law," those who hold judgments against a "terrorist party" may execute on the "blocked assets" of that terrorist party or its "agency or instrumentality" "to satisfy such judgment[s] to the extent of any compensatory damages." Pub. L. No. 107-297, § 201(a), 116 Stat. 2322, 2337 (2002), codified at 28 U.S.C. § 1610 Note. Accordingly, TRIA overrides "the civil-forfeiture statute."[14]

---

[13] https://ofac.treasury.gov/recent-actions/20221103.
[14] *Est. of Levin v. Wells Fargo Bank, N.A.*, 156 F.4th 632, 643 n.1 (D.C. Cir. 2025).

28.     The Iranian Terrorism Victims are judgment creditors of Iran as a direct result of Iran's acts of state-sponsored terrorism. TRIA thus entitles the Iranian Terrorism Victims to execute on the Defendant Property to satisfy those judgments.[15] This statutory entitlement confers upon the Iranian Terrorism Victims a possessory interest in the Defendant Property that is superior to the Government's forfeiture claim, and which permits them to bring the claims asserted herein. To the extent the Defendant Property (or the proceeds of any sale thereof) is not required to be transferred to the Iranian Terrorism Victims, it is required to be deposited into the United States Victims of State Sponsored Terrorism Fund for the benefit of all eligible U.S. victims of state-sponsored terrorism. *See* 34 U.S.C. § 20144(e)(2)(A).

29.     In the context of a forfeiture action, at this stage of the proceedings, the Iranian Terrorism Victims need only "*allege* a colorable interest in the property."[16]

30.     The Iranian Terrorism Victims satisfy—and indeed exceed—the "colorable interest" threshold. As set forth below, each element necessary to establish the Iranian Terrorism Victims' interest in the Defendant Property under TRIA is met:

   a. First, as demonstrated above, the Iranian Terrorism Victims hold substantial judgments for compensatory damages against Iran predicated on acts of terrorism, entered under 28 U.S.C. § 1605A or its predecessor statute 28 U.S.C. § 1605(a)(7).

   b. Second, Iran is a "terrorist party" because it has been designated as a state sponsor of terrorism under the Export Administration Act of 1979.[17]

---

[15] TRIA § 201(a).

[16] *U.S. v. $9,781,900.00 of Funds in the Name of Falcon Strategic Sols.*, --- F. Supp. 3d ---, 2025 WL 3470138, at *3 (D.D.C. Dec. 3, 2025) (quoting *United States v. Seventeen Thousand Nine Hundred Dollars ($17,900.00) in U.S. Currency*, 859 F.3d 1085, 1090 (D.C. Cir. 2017)) (emphasis in original).

[17] *See* TRIA § 201(d)(4); Exec. Order No. 13599, 77 Fed. Reg. 6659 (Feb. 5, 2012).

c. Third, the Defendant Property was owned or operated for the benefit of Iran's agencies or instrumentalities by materially serving that country in avoiding sanctions, while providing the material function to Iran of illicitly selling its energy resources, at Iran's direction and behest.

d. Fourth, under TRIA, "[b]locked assets" include "any asset seized or frozen by the United States" pursuant to the International Emergency Economic Powers Act.[18]  The Government has used its authority under that statute to "block" all Iranian property in the United States, including the property of agencies or instrumentalities of Iran.[19]

31.    Accordingly, in compliance with Rule G, the Iranian Terrorism Victims assert a claim against an amount of the Defendant Property as may be necessary to satisfy the full measure of outstanding compensatory damages owed to the Iranian Terrorism Victims under their judgments against Iran, together with all accrued post-judgment interest, calculated as of the date the Defendant Property is valued for purposes of judgment.

*    *    *

32.    Pursuant to 28 U.S.C. § 983(a) and Rule G, the Iranian Terrorism Victims hereby assert a claim to the Defendant Property—as the property of an agency or instrumentality of Iran—that is senior to the Government's forfeiture claim. Congress enacted TRIA precisely to ensure that victims of state-sponsored terrorism may recover against the assets of their terrorist attackers. Notwithstanding the Government's forfeiture efforts, the Iranian Terrorism Victims reserve all

---

[18] TRIA § 201(d)(2)(A).
[19] 31 C.F.R. §§ 510.211, 560 *et seq.*, 594.201(a)(5).

rights and remedies available in law and equity to enforce their interest in the Defendant Property and to obtain the compensation to which they are entitled.

Dated: May 1, 2026                          Respectfully submitted,

                                            */s/ Aryeh S. Portnoy*

                                            Aryeh S. Portnoy, D.C. Bar No. 464507
                                            John L. Murino, D.C. Bar No. 484818
                                            Michael Williams, D.C. Bar No. 90006255

                                            CROWELL & MORING LLP
                                            1001 Pennsylvania Ave., N.W.
                                            Washington, D.C. 20004
                                            (202) 624-2500

                                            *Attorneys for Claimants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2026, I electronically filed the foregoing Notice of Verified Claim and Statement of Interest or Right in Property Subject to Forfeiture *In Rem* and its attachments, including Verification of Victims' Claims, via CM/ECF for the United States District Court for the District of Columbia and therefore caused it to be served on all parties registered for CM/ECF, including attorneys for the government, in the above-captioned matter.


Dated: May 1, 2026                                        /s/ *Aryeh S. Portnoy*
                                                          Aryeh S. Portnoy

# VERIFICATION OF CLAIM

I, <u>Levar Travis Freeman</u>, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: <u>15 April 2026</u>

Signed by:

EC7BB9354AA64CF...

## VERIFICATION OF CLAIM

I, ____Mignon Pinson____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: ____21 April 2026____

DocuSigned by:

*Mignon Pinson*

5AD17D98EAA74F3...

Mignon Pinson

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, __Tara Lia Kavaler__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: __07 April 2026__

Signed by:

Tara Lia Kavaler

9EA2D4D10B7C4B0...

Tara Lia Kavaler

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, ___William Klaucke___, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: ___07 April 2026___

DocuSigned by:

*[signature]*

9E2567775F424A0...

William Klaucke

## VERIFICATION OF CLAIM

I, _Susan Elizabeth Bryson_, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _08 April 2026_

DocuSigned by:

*Susan Elizabeth Bryson*

5E6C9AC5FED549C...

Susan Elizabeth Bryson

## VERIFICATION OF CLAIM

I, _____Temina Engesia Dalizu_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___07 April 2026___

Signed by:

*T. Dal*

1D971D45DA7A448...

Temina Engesia Dalizu

## VERIFICATION OF CLAIM

I, __Tara Colleen Vironda__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: __15 April 2026__

Signed by:

*Tara Colleen Vironda*

8D71CEC4C06A446...

Tara Colleen Vironda

## VERIFICATION OF CLAIM

I, _Stephen Harding Martin_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: _07 April 2026_____

Signed by:

Stephen Harding Martin

AA4696BBFA884A6...

Stephen Harding Martin

## <u>VERIFICATION OF CLAIM</u>

I, __Steven Timothy Kilburn__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: __09 April 2026__

Signed by:

*Steven Timothy Kilburn*

482C1E880A4C460...

Steven Timothy Kilburn

## VERIFICATION OF CLAIM

I, _____Robert Kirk, Jr._____, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: _____08 April 2026_____

Signed by:

39BC44A4E7C5482...

Robert Kirk, Jr.

## <u>VERIFICATION OF CLAIM</u>

I, _____Maisha Kirk Humphrey_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: ____12 April 2026____

Signed by:

*Maisha Humphrey*

8DFB5B2D8FD348E...

Maisha Kirk Humphrey

# VERIFICATION OF CLAIM

I, _Angelita Borromeo Kilburn_, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _10 April 2026_

Signed by:

_Angelita Borromeo Kilburn_

D0DFD57CF8C1474...

Angelita Borromeo Kilburn

## VERIFICATION OF CLAIM

I, <u>Bonnie Sue Hobson</u>, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: <u>07 April 2026</u>

Signed by:

*Bonnie Sue Hobson*

0002E9180BFD455...

Bonnie Sue Hobson

## VERIFICATION OF CLAIM

I, ___Brandi Hardy Plants___, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___07 April 2026___

Signed by:

*Brandi Hardy Plants*

2CEC7062D4B8410...

Brandi Hardy Plants

## VERIFICATION OF CLAIM

I, _Christa Gay De Gracia_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _07 April 2026_____

Signed by:

*Christa Gay De Gracia*

5B98BAA9B8BE45E...

Christa Gay De Gracia

## VERIFICATION OF CLAIM

I, _Clara Leah Aliganga_, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _07 April 2026_

Signed by:

*Clara Leah Aliganga*

2CDAEA2539064C5...

Clara Leah Aliganga

## VERIFICATION OF CLAIM

I, _____Darryl Christopher Freeman_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _____07 April 2026_____

Signed by:

*Darryl Christopher Freeman*

1DABD52729AB4F9...

Darryl Christopher Freeman

## VERIFICATION OF CLAIM

I, _Deborah Hobson-Bird_, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _07 April 2026_

Signed by:

430142EC6D984FA...

Deborah Hobson-Bird

## VERIFICATION OF CLAIM

I, _Dexter Lenar Baker_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: ___07 April 2026_____

Signed by:

Dexter Lenar Baker

188F136EDD8C409...

Dexter Lenar Baker

## VERIFICATION OF CLAIM

I, _Douglas Norman Klaucke_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: _08 April 2026_____

Signed by:

*Douglas Norman Klaucke*

—0B5F9BB5474D44C...

Douglas Norman Klaucke

## VERIFICATION OF CLAIM

I, _____Edith Lynn Bartley_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___07 April 2026___

Signed by:

*Edith Lynn Bartley*

2877416201914BD...

Edith Lynn Bartley

## VERIFICATION OF CLAIM

I, ___James Paul O'Connor___, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___10 April 2026___

Signed by:

*James Paul O'Connor*

C329474D2AE544D...

James Paul O'Connor

# VERIFICATION OF CLAIM

I, <u>James Robert Klaucke</u>, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: <u>07 April 2026</u>

Signed by:

_____
3D5CA6C0B0BF403...

James Robert Klaucke

## VERIFICATION OF CLAIM

I, _____Jennifer E Perez_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _____16 April 2026_____

DocuSigned by:

*Jennifer E Perez*

F19D4CD6643C471...

Jennifer E Perez

## VERIFICATION OF CLAIM

I, Joseph Denegre Martin, IV, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: 08 April 2026

Signed by:

*Joseph Denegre Martin, IV*

D0085BBB72FD45B...

Joseph Denegre Martin, IV

# VERIFICATION OF CLAIM

I, _____Karen Marie Klaucke_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: _____07 April 2026_____

Signed by:

Karen Klaucke

8C8AECB8D578414...

Karen Marie Klaucke

## VERIFICATION OF CLAIM

I, _____Karl Ekkehard Boellert_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _____08 April 2026_____

Signed by:

Karl Ekkehard Boellert

46FC454B431D488...

Karl Ekkehard Boellert

## VERIFICATION OF CLAIM

I, ___Kevin Maurice McCray___, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___10 April 2026___

Signed by:

*Kevin Maurice McCray*

D7CF49449D4849C...

Kevin Maurice McCray

DCACTIVE-86712703.1

# VERIFICATION OF CLAIM

I, _____Kimberly Ann Zimmerman_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: ___07 April 2026___

Signed by:

*Kimberly Ann Zimmerman*
EDD551B115AD4BA...

Kimberly Ann Zimmerman

## VERIFICATION OF CLAIM

I, __Lawrence Anthony Hicks__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: __07 April 2026__


Signed by:

*Lawrence Anthony Hicks*

444F720B8C0A4DA...

Lawrence Anthony Hicks

## VERIFICATION OF CLAIM

I, __Lori Elaine Dalizu__, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: __07 April 2026__

Signed by:

*Lori Elaine Dalizu*

4FF71F23162E43E...

Lori Elaine Dalizu

## VERIFICATION OF CLAIM

I, _Mangairu Vidija Dalizu_, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _10 April 2026_

DocuSigned by:

_Mangairu Vidija Dalizu_

AD62FA4DA8E64DF...

Mangairu Vidija Dalizu

## VERIFICATION OF CLAIM

I, _____Marsey Gayle Cornett_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: ___07 April 2026___

Signed by:

Marsey Gayle Cornett
CFB0E14502C34E2...

Marsey Gayle Cornett

## VERIFICATION OF CLAIM

I, __Martha Martin Ourso__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: __16 April 2026__

Signed by:

*Martha Martin Ourso*

9CE026D89B1647E...

Martha Martin Ourso

## VERIFICATION OF CLAIM

I, _Mary Linda Sue Bartley_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _09 April 2026_____

Signed by:

Mary Linda Sue Bartley

1FAF35EAB6CA449...

Mary Linda Sue Bartley

## VERIFICATION OF CLAIM

I, _____MAYA PIA KAVALER_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___07 April 2026___

Signed by:

*Maya Pia Kavaler*

8679F9FC2F7B47E...

MAYA PIA KAVALER

## VERIFICATION OF CLAIM

I, _____Meghan Elizabeth Hobson_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746:

I verify under the penalty of perjury under the laws of the United States of America that the foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and correct.

Executed on: _____07 April 2026_____

Signed by:

E3478C42A416468...

Meghan Elizabeth Hobson

## VERIFICATION OF CLAIM

I, __Melissa Ann Comelek__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: __07 April 2026__

Signed by:

*Melissa Ann Comelek*

531DE97DD74F432...

Melissa Ann Comelek

## VERIFICATION OF CLAIM

I, _____Micaela Ann O'Connor_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _____15 April 2026_____

Signed by:

*Micaela Ann O'Connor*

730656F1A3D947F...

Micaela Ann O'Connor

## VERIFICATION OF CLAIM

I, Michael Hawkins Martin , hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: 07 April 2026

DocuSigned by:

DEE897C124CE4D0...

Michael Hawkins Martin

## VERIFICATION OF CLAIM

I, __Randell Craig Doane__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: __07 April 2026__

DocuSigned by:

*Randell Craig Doane*

4E54C6DCFAA34B6...

Randell Craig Doane

## VERIFICATION OF CLAIM

I, ___Richard Martin Kavaler___, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: ___10 April 2026___

Signed by:

*Richard Martin Kavaler*

0EEF1FF8EAD8472...

Richard Martin Kavaler

## <u>VERIFICATION OF CLAIM</u>

I, _____Robert Michael Kirk_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: _____08 April 2026_____

Signed by:

Robert Michael Kirk

9D69C084D00040E...

Robert Michael Kirk

# VERIFICATION OF CLAIM

I, _____Rose Corneal Freeman_____, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.


Executed on: ___07 April 2026___

Signed by:

*Rose Corneal Freeman*
5035FDB13611435...

Rose Corneal Freeman

# VERIFICATION OF CLAIM

I, __Steven Timothy Kilburn__, hereby declare, under penalty of perjury pursuant to 28 U.S.C.

§ 1746:

I verify under the penalty of perjury under the laws of the United States of America that the

foregoing Verified Claim and Statement of Interest of the Iranian Terrorism Victims is true and

correct.

Executed on: __09 April 2026__

Signed by:

Steven Timothy Kilburn

482C1E880A4C460...

Steven Timothy Kilburn

# Verifications for Claimants identified in Exhibit 1 rows 53-324 filed UNDER SEAL