# Exhibit 1

| Row | Claimant Name | Role | Judgment Holder | Case Name | Case Number | Compensatory Judgment Amount |
|---|---|---|---|---|---|---|
| 1 | Angelita Borromeo Kilburn | Co-Estate Representative of Blake Kilburn | Blake Kilburn | Kilburn et al v. Islamic Republic of Iran et al | 1:01-cv-01301-RMU | $ 5,000,000.00 |
| 2 | Angelita Borromeo Kilburn | Co-Estate Representative of Peter Kilburn | Peter Kilburn | Kilburn et al v. Islamic Republic of Iran et al | 1:01-cv-01301-RMU | $ 6,030,000.00 |
| 3 | Bonnie Sue Hobson | Judgment Holder | Bonnie Sue Hobson | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 4 | Bonnie Sue Hobson | Estate Representative of Kenneth Ray Hobson | Ray Hobson | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 5 | Brandi Hardy Plants | Judgment Holder | Brandi Hardy Plants | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 6 | Christa Gay De Gracia | Judgment Holder | Christa Gay De Gracia | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 7 | Christa Gay De Gracia | Estate Representative of Mary Evelyn Freeman | Mary Evelyn Freeman | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 8 | Clara Leah Aliganga | Judgment Holder | Clara Leah Aliganga | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 9 | Darryl Christopher Freeman | Estate Representative of Gwendolyn Tauwana Garret | Gwendolyn Tauwana Garret | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 10 | Deborah Hobson-Bird | Judgment Holder | Deborah Hobson-Bird | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 8,000,000.00 |
| 11 | Dexter Lenar Baker | Estate Representative of Leah Ann Colston-Baker | Leah Ann Colston-Baker | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 12 | Douglas Norman Klaucke | Judgment Holder | Douglas Norman Klaucke | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 8,000,000.00 |
| 13 | Edith Lynn Bartley | Judgment Holder | Edith Lynn Bartley | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 7,500,000.00 |
| 14 | James Paul O'Connor | Judgment Holder | James Paul O'Connor | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 8,000,000.00 |
| 15 | James Robert Klaucke | Judgment Holder | James Robert Klaucke | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 16 | Jennifer Erin Perez | Judgment Holder | Jennifer Erin Perez | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 17 | Joseph Denegre Martin, IV | Estate Representative of Joseph Denegre Martin III | Joseph Denegre Martin III | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 18 | Karen Marie Klaucke | Judgment Holder | Karen Marie Klaucke | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 19 | Karl Ekkehard Boellert | Estate Representative of Kathleen Martin Boellert | Kathleen Martin Boellert | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 20 | Kevin Maurice McCray | Estate Representative of Joyce McCray | Joyce McCray | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 21 | Kimberly Ann Zimmerman | Judgment Holder | Kimberly Ann Zimmerman | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 22 | Lawrence Anthony Hicks | Judgment Holder | Lawrence Anthony Hicks | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 23 | Lori Elaine Dalizu | Judgment Holder | Lori Elaine Dalizu | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 24 | Maisha Kirk Humphrey | Judgment Holder | Maisha Kirk Humphrey | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 25 | Mangairu Vidija Dalizu | Judgment Holder | Mangairu Vidija Dalizu | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 26 | Marsey Gayle Cornett | Judgment Holder | Marsey Gayle Cornett | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 27 | Martha Martin Ourso | Judgment Holder | Martha Martin Ourso | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 28 | Martha Martin Ourso | Estate Representative of Joseph Denegre Martin, Jr. | Joseph Denegre Martin, Jr. | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 29 | Mary Linda Sue Bartley | Judgment Holder | Mary Linda Sue Bartley | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 13,000,000.00 |
| 30 | Mary Linda Sue Bartley | Estate Representative of Gladys Bartley Baldwin | Gladys Bartley Baldwin | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 31 | Maya Pia Kavaler | Judgment Holder | Maya Pia Kavaler | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 6,500,000.00 |
| 32 | Meghan Elizabeth Hobson | Judgment Holder | Meghan Elizabeth Hobson | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 33 | Melissa Ann Comelek | Estate Representative of Sherry Lynn Olds | Sherry Lynn Olds | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 1,156,543.00 |
| 34 | Micaela Ann O'Connor | Judgment Holder | Micaela Ann O'Connor | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 35 | Michael Hawkins Martin | Judgment Holder | Michael Hawkins Martin | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 36 | Randell Craig Doane | Estate Representative of Pearl Daniels Kavaler | Pearl Daniels Kavaler | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 1,500,000.00 |
| 37 | Randell Craig Doane | Estate Representative of Leon Kavaler | Leon Kavaler | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 1,500,000.00 |
| 38 | Richard Martin Kavaler | Judgment Holder | Richard Martin Kavaler | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 1,250,000.00 |
| 39 | Robert Kirk, Jr. | Judgment Holder | Robert Kirk, Jr. | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 8,000,000.00 |
| 40 | Robert Michael Kirk | Judgment Holder | Robert Michael Kirk | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 41 | Levar Travis Freeman | Estate Representative of Sheila Elaine Freeman | Sheila Elaine Freeman | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 42 | Stephen Harding Martin | Judgment Holder | Stephen Harding Martin | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 43 | Steven Timothy Kilburn | Co-Estate Representative of Blake Kilburn | Blake Kilburn | Kilburn et al v. Islamic Republic of Iran et al | 1:01-cv-01301-RMU | $ 5,000,000.00 |
| 44 | Steven Timothy Kilburn | Co-Estate Representative of Peter Kilburn | Peter Kilburn | Kilburn et al v. Islamic Republic of Iran et al | 1:01-cv-01301-RMU | $ 6,030,000.00 |
| 45 | Susan Elizabeth Martin Bryson | Judgment Holder | Susan Elizabeth Martin Bryson | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 46 | Tara Colleen Vironda | Judgment Holder | Tara Colleen Vironda | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 47 | Tara Lia Kavaler | Judgment Holder | Tara Lia Kavaler | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 6,500,000.00 |
| 48 | Temina Engesia Dalizu | Judgment Holder | Temina Engesia Dalizu | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 49 | William Russell Klaucke | Judgment Holder | William Russell Klaucke | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 50 | Richard James Browning | Judgment Holder | Richard James Browning | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 5,000,000.00 |
| 51 | Mignon Pinson | Representative of Jewell Patricia Neal | Jewell Patricia Neal | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 52 | Rose Corneal Freeman | Estate Representative of Jeanette Ella Marie Goines | Jeanette Ella Marie Goines | Owens et al v. Republic of Sudan et al | 1:01-cv-02244-JDB | $ 2,500,000.00 |
| 53 | | | JOHN CHILD1 BBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 54 | | | JANE SPOUSE CCCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| 55 | | | JOHN VICTIM CCCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 10,000,000.00 |
| 56 | | | JANE SIBLING1 GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 57 | | | JOHN CHILD2 OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 58 | | | JOHN CHILD4 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 59 | | | JOHN CHILD2 KDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 10,000,000.00 |
| 60 | | | JOHN VICTIM XXDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 61 | | | JOHN SIBLING4 ZZDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 62 | | | JOHN VICTIM QDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,000,000.00 |
| 63 | | | JOHN PARENT1 QDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 64 | | | JANE PARENT2 QDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 65 | | | JANE CHILD1 DDDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 66 | | | JOHN CHILD2 CCCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 67 | | | JOHN CHILD1 IDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 68 | | | JANE VICTIM IDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 735,000.00 |
| 69 | | | JOHN SPOUSE IDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| 70 | | | JANE SIBLING2 ADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 71 | | | JANE CHILD3 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 72 | | | JOHN SIBLING1 JDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 73 | | | JANE SIBLING3 GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 74 | | | JOHN SIBLING3 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 75 | | | JANE VICTIM NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,058,000.00 |
| 76 | | | JANE CHILD3 OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 77 | | | JANE SPOUSE FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| 78 | | | JOHN SIBLING2 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 3,750,000.00 |
| 79 | | | JANE SIBLING4 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 3,750,000.00 |
| 80 | | | JOHN CHILD1 QDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 81 | | | JANE SPOUSE QDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| 82 | | | JANE CHILD2 RRDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 83 | | | JOHN CHILD1 KDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 6,250,000.00 |
| 84 | | | JOHN CHILD1 RRDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 85 | | | JOHN CHILD1 FDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 86 | | | JOHN VICTIM FDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 750,000.00 |
| 87 | | | JOHN CHILD3 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 88 | | | JANE SIBLING6 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 89 | | | JOHN SIBLING1 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 90 | | | JOHN PARENT2 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 91 | | | JANE PARENT1 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 92 | | | JANE SIBLING5 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 93 | | | JANE SIBLING4 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 94 | | | JOHN CHILD1 WDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 95 | | | JANE CHILD1 WWDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 96 | | | JOHN SIBLING1 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 97 | | | JOHN CHILD1 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 98 | | | JOHN SIBLING2 ZZDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 99 | | | JOHN SPOUSE WDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| 100 | | | JANE CHILD4 CCCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 101 | | | JOHN SIBLING3 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 3,750,000.00 |
| 102 | | | JANE VICTIM DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 9,500,000.00 |
| 103 | | | JANE CHILD3 CCCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 104 | | | JANE SPOUSE TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| 105 | | | JOHN VICTIM TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 3,500,000.00 |
| 106 | | | JOHN CHILD2 DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 107 | | | JOHN CHILD5 DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| 108 | | | JANE CHILD2 KKDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 109 | | | JANE SIBLING5 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 3,750,000.00 |
| 110 | | | JOHN PARENT1 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 6,500,000.00 |
| 111 | | | JANE PARENT2 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,500,000.00 |
| 112 | | | JOHN SIBLING4 HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 113 | | | JOHN SIBLING2 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| 114 | | | JOHN CHILD1 OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |

| | Name | Case | Docket | Amount |
|---|---|---|---|---|
| | JOHN CHILD1 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN VICTIM FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 481,000.00 |
| | JANE VICTIM CCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 10,000,000.00 |
| | JANE SIBLING2 IDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD1 NNDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD1 GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE SPOUSE GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JOHN VICTIM GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,506,000.00 |
| | JANE VICTIM WDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE PARENT1 WDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING3 ZZDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD2 SDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD2 SDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| | JOHN CHILD1 SDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE CHILD1 CCCDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD2 GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN SIBLING2 QDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN CHILD1 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE SIBLING2 DDDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN VICTIM EEEDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD4 OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SPOUSE OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| | JOHN VICTIM OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,000,000.00 |
| | JOHN SIBLING4 UUDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN CHILD1 DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,158,000.00 |
| | JANE PARENT1 DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE SPOUSE DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JOHN CHILD2 IDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE VICTIM RRDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN SIBLING1 IDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD1 HDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE SPOUSE WWDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| | John Victim WWDoe | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | Jane Victim LLDoe | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN SIBLING3 UUDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN VICTIM UUDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE PARENT1 UUDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE CHILD2 DDDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE PARENT1 CDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN VICTIM CDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,024,000.00 |
| | JANE SIBLING1 LLDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN SIBLING1 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN PARENT1 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | Jane Spouse JDoe | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 13,000,000.00 |
| | JANE SIBLING6 AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN PARENT1 AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE VICTIM AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE PARENT2 AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN SIBLING1 DDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 3,750,000.00 |
| | JOHN SPOUSE ZZDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JANE SIBILING2 GDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING3 JDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN SIBLING2 EDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING3 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD5 OODOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING5 UUDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN CHILD3 KDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 6,250,000.00 |
| | JANE SPOUSE KDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 10,500,000.00 |
| | JOHN VICTIM KDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 264,000.00 |
| | JOHN CHILD3 YDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SPOUSE JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JOHN SIBLING1 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING2 YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SPOUSE DDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JANE SIBLING3 WWDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,250,000.00 |
| | JANE SIBLING6 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING2 JDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING4 BBBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | John Victim HHSmith | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN VICTIM PPDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,000,000.00 |
| | JANE SIBLING1 DDDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN SIBLING2 WWDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN CHILD1 BDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD1 KKDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE CHILD4 NNDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE CHILD3 NNDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE CHILD2 ADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD3 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD2 NNDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE VICTIM QQDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN PARENT1 QQDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE PARENT2 QQDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE CHILD3 KKDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE VICTIM MMDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD4 AADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING5 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD2 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN SIBLING1 WWDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JOHN CHILD2 AADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SPOUSE FDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JOHN SIBLING2 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE PARENT1 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE SPOUSE IIDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JANE SPOUSE IIDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN CHILD1 ADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE PARENT1 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JOHN CHILD1 TDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN SIBLING1 RDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JANE SPOUSE KKDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| | Hana Anis Saab | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| | JANE SIBLING1 HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN VICTIM KKDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,000,000.00 |
| | JOHN CHILD3 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE CHILD3 UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| | JANE SIBING3 GGDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN VICTIM UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 10,000,000.00 |
| | JANE SIBLING3 UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SPOUSE UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JANE SIBLING2 UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING2 GGDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SIBLING4 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JOHN SIBLING1 EDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | JANE SPOUSE HDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| | JOHN VICTIM HDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,072,000.00 |
| | JOHN VICTIM FFFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |

| Name | Case | Docket | Amount |
|---|---|---|---|
| JOHN CHILD1 HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN VICTIM HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,724,000.00 |
| JOHN VICTIM NNDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN SIBLING3 XXDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JOHN PARENT1 XXDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE PARENT2 XXDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN SIBLING1 PPDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JOHN SIBLING2 XXDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SPOUSE NNDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| JANE SIBLING5 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE SIBLING2 QQDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING2 HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE PARENT1 HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING2 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE SPOUSE HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| JANE VICTIM BBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING6 UUDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING2 PPDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE CHILD2 YDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN CHILD1 UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE VICTIM RDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,000,000.00 |
| JANE SIBLING3 RDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING3 RDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING5 BBBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING4 UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN SIBLING1 YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE VICTIM YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 946,000.00 |
| JOHN PARENT1 YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING4 YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN SIBLING2 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE SIBLING1 SSDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE PARENT1 SSDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE CHILD2 KKDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE SIBLING3 DDDDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN CHILD1 JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN VICTIM JJDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,143,000.00 |
| JOHN SPOUSE BBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| JOHN CHILD3 SDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN SPOUSE SDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| JOHN CHILD2 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING1 QQDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING5 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE SPOUSE ADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| JOHN VICTIM ADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,006,000.00 |
| JANE SPOUSE TDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| JANE SIBLING3 EEDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE CHILD3 BDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SPOUSE EDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| JOHN VICTIM EDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 429,000.00 |
| JOHN SIBLING1 AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JOHN CHILD1 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN SIBLING1 XXDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JOHN CHILD1 GGDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE CHILD2 FDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE CHILD1 YDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN VICTIM YDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 7,000,000.00 |
| JANE CHILD3 TDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE SIBLING5 AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE SIBLING4 AAADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JANE CHILD3 AADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JaneDaughterEEESmith | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING7 NDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN CHILD2 BDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN VICTIM BDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 432,000.00 |
| JANE CHILD4 BDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SPOUSE BDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 8,000,000.00 |
| John Victim BBBDoe | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN SIBLING3 BBBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| John Father CCBrown | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| Jane Mother CCBrown | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE CHILD4 DOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING3 YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE CHILD5 PDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING4 TTDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE CHILD2 UDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| John Brother1 HHBrown | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JOHN VICTIM ZDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SPOUSE ZDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| JANE SIBLING2 EEDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE PARENT2 YYDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE CHILD1 EDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE CHILD2 TDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JANE PARENT2 EEDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE CHILD2 HDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JOHN SIBLING1 BBBDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 1,250,000.00 |
| JOHN SIBLING1 EEDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN PARENT1 EEDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| John Victim EEDoe | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 529,000.00 |
| JANE SIBLING3 HHDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN CHILD1 AADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| JOHN VICTIM AADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SPOUSE AADOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 4,000,000.00 |
| JANE VICTIM SSDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 5,000,000.00 |
| JANE SIBLING6 FFDOE | Estate of John Doe et al v. Islamic Republic of Iran et al | 1:08-cv-00540-JDB | $ 2,500,000.00 |
| | | | $ 1,255,223,543.00 |