UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 26-697 (CJN) |
| MOTOR TANKER SKIPPER BEARING INTERNATIONAL MARITIME NUMBER 9304667, AND THE OIL CARGO PREVIOUSLY LADEN THEREON, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

I, Gene Patton, declare and state:

1.      My name is Gene Patton and I am Chief in the Program Operations Unit for the Department of Justice, Criminal Division.  I have been in this position for 15 years. My duties include supervision and oversight of complex forfeiture matters. I declare the matters stated herein based on personal knowledge.

2.      As part of my official duties, I have overseen the management and sale of complex assets, including commercial real estate, aircrafts, vessels and petroleum products.

3.      From prior experience, I know that aircrafts, vessels and cargos pose unique challenges in asset management.  These assets have maintenance and storage costs that far outstrip standard assets.  The larger assets in these categories are particularly challenging to maintain, as crews may need to be retained for around the clock servicing, and only limited locations can store such items.

4.      For these reasons, among others, the Department of Justice favors pre-forfeiture

sale of property (*i.e.*, interlocutory sale) as a means of preserving asset value and mitigating asset expenses for seized assets subject to volatility in valuation or extreme management costs, seized assets requiring unique care or maintenance, seized assets that have unique security or safety concerns, or seized assets that have other extenuating circumstances. U.S. Department of Justice Asset Forfeiture Policy Manual (2025), Chap. 2, Sec. V.D, available at https://www.justice.gov/criminal/criminal-afmls/file/839521/dl?inline=.

5.      I have managed numerous such sales for other complex assets and have found such sales to be an effective means of preserving the value of seized assets.

6.      I have personally overseen the coordination and seizure of the M/T SKIPPER bearing International Maritime Organization ("IMO") number 9304667 and all petroleum-product cargo aboard ("Defendant Property") and have managed the seizure and logistics of the seizure.

7.      The M/T Skipper is currently and has remained in international waters off the coast of Texas and has never entered the territorial waters of the United States.

I declare under penalty of perjury that the foregoing is true and correct.


DATED this 13th day of May 2026, in Washington, D.C.


*/s/ Gene Patton*
GENE PATTON, Chief
Program Operations Unit
Criminal Division
U.S. Department of Justice