UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,                    )
                                             )
          Plaintiff,                         )
                                             )
     v.                                      )          Civ. A. No. 1:26-cv-697 (CJN)
                                             )
MOTOR TANKER SKIPPER BEARING                 )
INTERNATIONAL MARITIME NUMBER                )
9304667, AND THE OIL CARGO                   )
PREVIOUSLY LADEN THEREON,                    )
                                             )
          Defendant.                         )
                                             )

**PROPOSED ORDER**

Upon consideration of the Government's Motion to Strike Judgment Creditors of Iran

involving the "Hernandez Collective" (Dkt. 32) and the "Iranian Terrorism Victims" (Dkt. 34), it

is hereby ordered that the Government's motion is GRANTED as follows:

The Motion to Intervene by the "Hernandez Collective," which also includes a claim to

the Defendant Property, Dkt. 32, is STRUCK from the case.

The claim to the Defendant Property filed by "Iranian Terrorism Victims," Dkt. 34, is

STRUCK from the case.